UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

HALEY SIKORA,
on behalf of herself, and all
others similarly situated,

           Plaintiffs,

v.                                                   Case No. 18-11075

LADY JANE'S HAIRCUTS FOR MEN
HOLDING COMPANY LLC,

           Defendant.
_____/

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

Before the court is Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint (Dkt. #50), which seeks to substitute Rebekah Griffin as named plaintiff and putative class representative in lieu of Haley Sikora, who has asked to be replaced. The motion is uncontested, and the court will grant it. Accordingly,

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint (Dkt. #50) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to update the caption and title of the case from "Haley Sikora" to "Rebekah Griffin."

                                                   s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  November 21, 2018

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2018, by electronic and/or ordinary mail.

<u>s/Lisa Wagner</u>
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-11075.SIKORA.GrantLeavetoAmendComplaint.docx